[No. 42447-5-I.    Division One.    July 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. AMOS LEON
SILAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-05588-8, Jim Street, J., entered April 6,
1998. *Affirmed* by unpublished per curiam opinion.

[No. 42488-2-I.    Division One.    July 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
GLENN TRIPP, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-08513-2, Norma Smith Huggins, J.,
entered March 11, 1998. *Dismissed* by unpublished per
curiam opinion.

[No. 42534-0-I.    Division One. · July 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN LEWIS
CHATEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-09179-5, Linda Lau, J., entered April 21,
1998. *Affirmed* by unpublished per curiam opinion.

[No. 42654-1-I.    Division One.    July 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LORRAINE JOY
HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-03833-9, Michael J. Fox, J., entered May
11, 1998. *Affirmed* by unpublished per curiam opinion.